YVETTE WEINSTEIN
Trustee In Bankruptcy
6450 Spring Mountain Rd. #14
Las Vegas, Nevada 89146
(702) 364-8919- Telephone
(702) 364-8922 - Fax

RECEIVED
AND

Nov 9  1 32 PM '11

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

In re

JONES, KATRINA LENORE

_____ Debtor(s)

CASE NO.:09-28567 BTB

CHAPTER 7

NOTICE OF UNCLAIMED FUNDS

TO: Clerk, United States Bankruptcy Court

FROM: Yvette Weinstein, Trustee

Pursuant to Rules 3010 and 3011, of the Bankruptcy Rules, the following unclaimed funds are being forwarded to you to be deposited in the registry of the United States Bankruptcy Court. These funds can be withdrawn as provided in Chapter 129, Title 28 2042.

| CLAIM # | CLAIMANT & ADDRESS | CAS 106000 | CAS 613300 |
|---|---|---|---|
| | KATRINA LENORE JONES 2451 N. RAINBOW BLVD., #2134 LAS VEGAS, NV 89108 | | |
| TOTAL | | $ | $1,236.00 |

Dated: November 07, 2011

_____
Yvette Weinstein, Trustee

NOTE: Claims that are $25.00 or less go into CAS 106000. Claims that are more than $25.00 go into CAS 613300. The amounts that are to be deposited into the registry can be written on one check.

rcpt #205170                    $1236.00